Ruth R. Lighthall, appellee, v. I. D. Opat, appellant. Gen. No. 35,581.

Opinion filed May 17, 1932.

William G. Lesemann, for appellant. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.